UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RHONDA QUILES, JASMINE CANDELARIO,
And DERICK BENT,

                                Plaintiff(s),

                  -against-                           STIPULATION OF SETTLEMENT

STARRETT CORPORATION; GRENADIER REALTY    Docket No.: 04 CV 00519
CORPORATION; THE CITY OF NEW YORK, a
Municipal Corporation; "JOHN" CLARY
(shield no. unknown), individually and
as a peace officer; and JOHN/JANE DOES (shield no.s
unknown), individually and as peace officers,

                               Defendants.
-----------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that the above referenced matter is hereby settled as follows:

The "Settlement Agreement" consists of the following documents:

1. The within Stipulation of Settlement

2. General Release- Exhibit "A"

3. Confidentiality Agreement – Exhibit "B"

4. Stipulation of Discontinuance – Exhibit "C"

These four (4) documents constitute the entire Settlement Agreement.

      **IT IS FURTHER STIPULATED** that the settlement of this matter is not valid until all parties execute the entire Agreement. Upon receipt of a fully executed Agreement, settlement funds will be delivered to plaintiff's counsel within twenty-one (21) days of the receipt of the Agreement. Until such time as settlement funds are delivered, all executed settlement documents will be held in escrow.

258741.1

Upon release of settlement funds defendant Starrett Corporation will file the entire Settlement Agreement with the Court.

**Dated**: August 13, 2004
New York, New York

| | |
|---|---|
| **BELDOCK LEVINE & HOFFMAN LLP** | **BRODY, BENARD & BRANCH LLP** |
| BY: *(signature)* | *(signature)* |
| Robert Herbst | JODY C. BENARD |
| Attorney for Plaintiffs | Attorneys for Defendants |
| RHONDA QUILES, JASMINE CANDELARIO and DERICK BENT | **STARRETT CORPORATION and GRENADIER REALTY CORP.** |
| 900 Park Avenue | 205 Lexington Avenue |
| New York, New York | 4th Floor |
| (212) 490-0400 | New York, New York |
| | (212) 679-7007 |

258741.1